National Union Assurance Society, complainant, v. Mabel B. Stone et al., defendants. Anna Elizabeth Coe et al., appellants, v. Mabel B. Stone, appellee. Gen. No. 26,121.

Bill of interpleader to determine if appellee was the legal wife of an insured person so as to be entitled to insurance under benefit certificate in which she was named as beneficiary. Decree in favor

of appellee. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921. Rehearing denied October 31, 1921.

H. A. Barnhardt and Clinton A. Stafford, for appellants. Hugh O'Neill, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Mr. Presiding Justice Dever delivered the opinion of the court.